**1202 CUTHBERT vs. COMMON COUNCIL (Detroit), 18 M., 337.**

Relator claimed to have been elected to the office of assessor, but that the council wrongfully deprived him of the office by refusing to count the vote of one of the members thereof, which was in his favor.

Denied April 28, 1869.

Held, not the proper proceeding to try the right to a public office.